

PHILIP D. MURPHY
*Governor*

TAHESHA WAY
*Lt. Governor*

*State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX
TRENTON, NJ 08625-0

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

November 30, 2023

**via CM/ECF only:**
Hon. Douglas E. Arpert, U.S.M.J.
Clarkson S. Fisher Federal Building
& United States Courthouse
402 E. State Street
Trenton, NJ 08608

    Re: Fredrick K. Short, Jr. and Tamatha Costello v. New Jersey
      Department of Education, et al.
      Docket No. 3:23-cv-21105-RK-DEA

Dear Judge Arpert,

  I represent Defendants the New Jersey Department of Education and Acting Commissioner Angelica Allen-McMillan in her official capacity in the above-captioned case. I am writing to respectfully request a one-month extension of the time to answer or otherwise respond to Plaintiffs' Amended Complaint in this matter. In light of the weekend that time period would land upon, and the subsequent New Years day holiday, the new time for the State Defendants to respond would be January 2, 2024 as a result of this extension.

  I have contacted Plaintiffs' counsel Thomas Stavola, Jr., Esq., for Plaintiffs' consent to this extension request, and Mr. Stavola graciously consented. I thank the Court for its consideration of this matter.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2100 • FAX: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

Sincerely,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: <u>s/Matthew Lynch</u>
    Matthew Lynch
    Deputy Attorney General