UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SHORT JR et al

        Plaintiff,

V.

NEW JERSEY DEPARTMENT OF
EDUCATION et al

        Defendants

CIVIL ACTION NO: 3:23-cv-21105-RK-DEA

ORDER ON

**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR
OTHERWISE REPLY**

Application is hereby made for a Clerk's Order extending time within which defendant(s) Cranford Public Schools and Cranford High School may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;

2. Service of Process was effected on November 8, 2023; and

3. Time to Answer, Move or otherwise Reply expires on November 29, 2023.

4. We respectfully request an extension to Answer until December 19, 2023.

_____
Eric L. Harrison,
Attorney for Defendant(s)
Methfessel & Werbel, Esqs.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818

## ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to  December 19, 2023                                       .

ORDER DATED:  December 5, 2023

By:_____

Douglas E. Arpert, USMJ