

# METHFESSEL & WERBEL
### A Professional Corporation

| | | |
|---|---|---|
| JOEL N. WERBEL> | Counsel | Associates, Cont'd |
| JOHN METHFESSEL, JR.> | CHRISTINA M. ABREU+ | ALLISON M. KOENKE> |
| FREDRIC PAUL GALLIN*+^ | ADAM M. CARMAN+^ | ALONSO LOREDO> |
| WILLIAM S. BLOOM>* | SARAH K. DELAHANT+ | ANTHONY J. MANCUSO> |
| ERIC L. HARRISON*+ | SHAJI M. EAPEN+ | CHRISTEN E. MCCULLOUGH^ |
| MATTHEW A. WERBEL> | JAMES FOXEN^ | KAJAL J. PATEL+ |
| LORI BROWN STERNBACK*+ | ANGELA M. GURRERA> | ADAM M. SCHWARTZ+ |
| I. BLAKELEY JOHNSTONE, III+* | GERALD KAPLAN> | SARAH E. SHEPP+ |
| GINA M. STANZIALE> | JARED P. KINGSLEY*+ | STEVEN A. UNTERBURGER+ |
| PAUL J. ENDLER JR.> | JOHN R. KNODEL*+ | LEVI E. UPDYKE+^ |
| JAMES P. CULLEN, JR.=^ | LESLIE A. KOCH= | |
| THOMAS O. MULVIHILL> | CHARLES T. MCCOOK, JR.*> | * Certified by the Supreme Court of |
| | RICHARD A. NELKE~ |   New Jersey as a Civil Trial Attorney |
| Of Counsel | STEVEN K. PARNESS+ | +Member of NY & NJ Bar |
| STEPHEN R. KATZMAN# | RAINA M. PITTS^ | ^Member of PA & NJ Bar |
| ED THORNTON> | AMANDA J. SAWYER^ | ^Member of NY Bar only |
| | JARED S. SCHURE> | >Member of NJ Bar only |
| Retired | | #Member of NJ & LA. Bar |
| JOHN METHFESSEL, SR.> | Associates | <Member of NJ & DC Bar |
| (1935-2017) | JILLIAN T. CLARK> | <Member of NJ, NY & CA Bar |
| DON CROWLEY*+ | EDWARD D. DEMBLING> | >Member of NJ, PA & DC Bar |
| MARC DEMBLING*+ | MICHAEL R. EATROFF> | ~Member of NY, NJ & DC Bar |
| (1944-2022) | ANGEL M. HIERREZUELO> | =Member of NY, NJ & MA Bar |
| | ANDREW S. KARLBON> | |
| | FRANK J. KEENAN+^ | **Please reply to New Jersey** |
| | SCOTT KETTERER> | |

December 27, 2023

VIA ECOURTS FILING
Hon. Douglas E. Arpert, U.S.M.J.
Clarkson S. Fisher Federal Building
& United States Courthouse
402 E. State Street
Trenton, NJ 08608

RE: **FREDERICK K. SHORT JR. AND TAMATHA COSTELLO VS. CRANFORD BOARD OF EDUCATION.**
Our File No.     : 94305 ELH
Docket No.       : 3:23-CV-21105-RK-DEA

Dear Judge Arpert:

I represent the Cranford Board of Education. I write with respect to plaintiff's motion to strike the demand for a jury trial contained within the Answer of codefendant Cherry Hill Board of Education.

While the pending motion was not directed to the Cranford Board of Education, to the extent that the plaintiff may seek to expand the motion or file a similar motion directed towards the Cranford Board of Education, we oppose such effort for the same reasons ably articulated by counsel for the Cherry Hill Board of Education.

Respectfully submitted,

**METHFESSEL & WERBEL, ESQS.**

Eric L. Harrison
harrison@methwerb.com
Ext. 138

ELH:mnl