## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| FREDERICK K. SHORT JR., TAMATHA COSTELLO  :  :  :  Plaintiffs  :  :  v.  :  :  NEW JERSEY DEPARTMENT OF  :  EDUCATION; ANGELICA ALLEN-  :  MCMILLAN, Commissioner; CHERRY  :  HILL SCHOOL DISTRICT, CRANFORD  :  SCHOOL DISTRICT, CRANFORD  :  OF EDUCATION,  :  :  Defendants  : | Case No. 3:23-cv-21105 – RK-DEA<br><br>Hon. Robert Kirsch, U.S.D.J., and<br>Magistrate Judge Douglas E. Arpert<br><br>**NOTICE OF<br>MOTION TO INTERVENE** |

PLEASE TAKE NOTICE that as soon as counsel may be heard, the undersigned, counsel for Edith Maldonado ("Intervenor"), shall move before the Honorable Robert Kirsch, U.S.D.J., at the Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608 to intervene as a Plaintiff in this lawsuit pursuant Fed. R. Civ. P. 24. In support of this motion, Intervenor submits a Memorandum of Law in Support of the Motion to Intervene, a proposed complaint, and a proposed order.

PLEASE TAKE FURTHER NOTICE that Oral Argument is requested in the event opposition is filed pursuant to Local Rule 78.1(b); and

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 7.1(e) a proposed form Order is submitted herewith.

WHEREFORE, the moving Intervenor respectfully requests that this Court allow the Intervenor to intervene, to grant her full party status in the instant litigation, and order such further relief as is just and equitable.

Respectfully Submitted,

/s/ *Karyn L. White*
Karyn L. White, Esq.
Pacific Justice Institute
Pennsylvania/New Jersey Office
P.O. Box 276600
Sacramento, CA 95827
tel. (916) 857-6900
Bar #289922019
kwhite@pji.org
Attorney for Movant-Intervenor

Date: Jan. 24, 2024

**ORDER**

**THIS MATTER** having been brought before the Court upon application of proposed Intervenor Edith Maldonado as Plaintiff in the matter, and the Court having considered the papers submitted, and the arguments of counsel, if necessary, and for other good cause shown,

**IT IS** on this _____ day of _____, 2024

**ORDERED** that Edith Maldonado's Motion to Intervene as a Plaintiff in this matter pursuant to Fed. R. Civ. P. 24 is GRANTED; and it is further

**ORDERED** that Intervenor Edith Maldonado is granted party status as Plaintiff in this action; Intervenor shall file the proposed Complaint within _____ days of this Order.

_____
Hon. Robert Kirsch, U.S.D.J.