THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FREDERICK K. SHORT JR., TAMATHA COSTELLO<br><br>    Plaintiffs<br><br>v.<br><br>NEW JERSEY DEPARTMENT OF EDUCATION; ANGELICA ALLEN-MCMILLAN, Commissioner; CHERRY HILL SCHOOL DISTRICT, CRANFORD SCHOOL DISTRICT, CRANFORD OF EDUCATION,<br><br>    Defendants | Case No. 3:23-cv-21105 – RK-DEA<br><br>Hon. Robert Kirsch, U.S.D.J., and Magistrate Judge Douglas E. Arpert |

## **CERTIFICATION OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: Jan. 24, 2024

Respectfully submitted,

/s/ *Karyn L. White*
Karyn L. White, Esq.
Pacific Justice Institute
Pennsylvania/New Jersey Office
P.O. Box 276600
Sacramento, CA 95827
tel. (916) 857-6900
Bar #289922019
kwhite@pji.org
Attorney for Movant-Intervenor