

**METHFESSEL & WERBEL**
*A Professional Corporation*

JOEL N. WERBEL*=
JOHN METHFESSEL, JR.>
FREDRIC PAUL GALLIN*+^
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
LORI BROWN STERNBACK*+
I. BLAKELEY JOHNSTONE, III+*
GINA M. STANZIALE>
PAUL J. ENDLER JR.>
JAMES P. CULLEN, JR.=^
THOMAS O. MULVIHILL>
JAMES FOXEN^
SARAH K. DELAHANT+

Of Counsel
STEPHEN R. KATZMAN#
ED THORNTON>
MICHAEL TRIFIOLIS

Retired
JOHN METHFESSEL, SR.>
(1935-2017)
DON CROWLEY*+
MARC DEMBLING*+
(1944-2022)

Counsel
CHRISTINA M. ABREU+
ADAM M. CARMAN+^
SHAJI M. EAPEN+
ANGELA M. GURRERA>
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL*+
LESLIE A. KOCH=
CHARLES T. MCCOOK, JR.*>
RICHARD A. NELKE~
STEVEN K. PARNESS+
RAINA M. PITTS^
AMANDA J. SAWYER^
JARED S. SCHURE>
STEVEN A. UNTERBURGER+

Associates
JILLIAN T. CLARK>
EDWARD D. DEMBLING>
MICHAEL R. EATROFF>
ANGEL M. HIERREZUELO>
ANDREW S. KARLBON>
FRANK J. KEENAN+^
SCOTT KETTERER>

Associates Cont'd
ALLISON M. KOENKE>
ANTHONY J. MANCUSO>
CHRISTEN E. MCCULLOUGH^
KAJAL J. PATEL+
ADAM M. SCHWARTZ+
SARAH E. SHEPP+
LEVI E. UPDYKE+^

* Certified by the Supreme Court of
  New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
^Member of NY Bar only
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
≤Member of NJ, NY & CA Bar
≥Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Member of NY, NJ & MA Bar

**Please reply to New Jersey**

January 24, 2024

VIA E-FILING
VIA LREX – COURTESY COPY
Honorable Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Trenton, NJ 08608

RE: **FREDERICK K. SHORT JR. AND TAMATHA COSTELLO VS. NEW JERSEY DEPARTMENT OF EDUCATION, ET AL.**
Our File No.     : 94305 ELH
Docket No.       : 3:23-CV-21105-RK-DEA

Dear Judge Kirsch:

Following an organizational teleconference with Judge Arpert and all counsel on Monday, the parties hereby jointly request permission for Defendants Cherry Hill Board of Education and Cranford Board of Education to file their own dispositive motions.

Counsel have conferred and propose that the following new deadlines be imposed:

Defendants Cranford BOE and Cherry Hill BOE counsel to serve on Plaintiffs' counsel their Motions to Dismiss on or before 2/1/24;

Plaintiffs' counsel to complete and forward to all counsel his opposition to the State Defendants' pending motion to dismiss on or before 2/15/24;

Plaintiffs' counsel to complete and forward to all counsel his opposition to the Cranford BOE and Cherry Hill BOE motions on or before 3/1/24; and

Methfessel & Werbel, Esqs.
Our File No. 94305 ELH
Page 2

The parties to collaborate in the contemporaneous e-filing and mailing to Your Honor of all motion papers, opposition briefs and reply briefs on or before 3/15/24.

Should this be acceptable to Your Honor, we would request entry of these deadlines on ECF.

                                      Respectfully submitted,

                                      **METHFESSEL & WERBEL, ESQS.**

                                      Eric L. Harrison
                                      harrison@methwerb.com
                                      Ext. 138

ELH:as/sp

cc:      VIA E-FILING
          VIA LREX– COURTESY COPY
          Honorable Douglas E. Arpert, U.S.M.J.
          U.S. District Court
          Clarkson S. Fisher Building & U.S. Courthouse
          402 East State Street, Courtroom 6W
          Trenton, NJ 08608

          VIA EMAIL: tstavolajr@stavolalaw.com
          Thomas Stavola Jr., Esq.
          Law Office of Thomas Stavola, Jr. LLC
          209 County Road 537
          Colts Neck, NJ 07722

          VIA EMAIL: jshanaberger@hillwallack.com
          Jeffrey Shanaberger Esq.
          21 Roszel Road P.O. Box 5226
          Princeton, NJ 08543-5226
          Cherry Hill Board of Education

          VIA EMAIL: matthew.lynch@dol.lps.state.nj.us
          Matthew Jon Lynch, Assistant Chief, Deputy Attorney General
          25 Market Street
          Trenton, NJ 08611
          New Jersey Department of Education and Acting Commissioner
          Angelica Allen-McMillan