

**METHFESSEL & WERBEL**
— A Professional Corporation —

Counsel
JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
FREDRIC PAUL GALLIN*+^
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
LORI BROWN STERNBACK*+
I. BLAKELEY JOHNSTONE, III+*
GINA M. STANZIALE>
PAUL J. ENDLER JR.>
JAMES P. CULLEN, JR.=^
THOMAS O. MULVIHILL>
JAMES FOXEN^
SARAH K. DELAHANT+

Of Counsel
STEPHEN R. KATZMAN#
ED THORNTON>
MICHAEL TRIFIOLIS

Retired
JOHN METHFESSEL, SR.>
(1935-2017)
DON CROWLEY*+
MARC DEMBLING*+
(1944-2022)

Counsel, con'td
CHRISTINA M. ABREU+
ADAM M. CARMAN+^
SHAJI M. EAPEN+
ANGELA M. GURRERA>
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL*+
LESLIE A. KOCH=
CHARLES T. MCCOOK, JR.*>
RICHARD A. NELKE~
STEVEN K. PARNESS+
RAINA M. PITTS^
AMANDA J. SAWYER^
JARED S. SCHURE>
STEVEN A. UNTERBURGER+

Associates
JILLIAN T. CLARK>
EDWARD D. DEMBLING>
MICHAEL R. EATROFF>
ANGEL M. HIERREZUELO>
ANDREW S. KARLBON>
FRANK J. KEENAN+^
SCOTT KETTERER>

Associates, con'td
ALLISON M. KOENKE>
ANTHONY J. MANCUSO>
CHRISTEN E. MCCULLOUGH^
KAJAL J. PATEL+
ADAM M. SCHWARTZ+
SARAH E. SHEPP+
LEVI E. UPDYKE+^

* Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
^Member of NY Bar only
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
≤Member of NJ, NY & CA Bar
≥Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Member of NY, NJ & MA Bar

**Please reply to New Jersey**

January 24, 2024

VIA E-FILING
VIA LREX – COURTESY COPY
Honorable Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Trenton, NJ 08608

RE:     **FREDERICK K. SHORT JR. AND TAMATHA COSTELLO VS. NEW JERSEY DEPARTMENT OF EDUCATION, ET AL.**
Our File No.      : 94305 ELH
Docket No.        : 3:23-CV-21105-RK-DEA

Dear Judge Kirsch:

Following an organizational teleconference with Judge Arpert and all counsel on Monday, the parties hereby jointly request permission for Defendants Cherry Hill Board of Education and Cranford Board of Education to file their own dispositive motions.

Counsel have conferred and propose that the following new deadlines be imposed:

Defendants Cranford BOE and Cherry Hill BOE counsel to serve on Plaintiffs' counsel their Motions to Dismiss on or before 2/1/24;

Plaintiffs' counsel to complete and forward to all counsel his opposition to the State Defendants' pending motion to dismiss on or before 2/15/24;

Plaintiffs' counsel to complete and forward to all counsel his opposition to the Cranford BOE and Cherry Hill BOE motions on or before 3/1/24; and

Methfessel & Werbel, Esqs.
Our File No. 94305 ELH
Page 2

The parties to collaborate in the contemporaneous e-filing and mailing to Your Honor of all motion papers, opposition briefs and reply briefs on or before 3/15/24.

Should this be acceptable to Your Honor, we would request entry of these deadlines on ECF.

Respectfully submitted,

**METHFESSEL & WERBEL, ESQS.**

Eric L. Harrison
harrison@methwerb.com
Ext. 138

ELH:as/sp

cc:  VIA E-FILING
VIA LREX– COURTESY COPY
Honorable Douglas E. Arpert, U.S.M.J.
U.S. District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 6W
Trenton, NJ 08608

VIA EMAIL: tstavolajr@stavolalaw.com
Thomas Stavola Jr., Esq.
Law Office of Thomas Stavola, Jr. LLC
209 County Road 537
Colts Neck, NJ 07722

VIA EMAIL: jshanaberger@hillwallack.com
Jeffrey Shanaberger Esq.
21 Roszel Road P.O. Box 5226
Princeton, NJ 08543-5226
Cherry Hill Board of Education

VIA EMAIL: matthew.lynch@dol.lps.state.nj.us
Matthew Jon Lynch, Assistant Chief, Deputy Attorney General
25 Market Street
Trenton, NJ 08611
New Jersey Department of Education and Acting Commissioner
Angelica Allen-McMillan

So ordered this 1 day of February, 2024.

Robert Kirsch, U.S.D.J.